2006R01246/mja

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 06- 849-NLH

v. : 18 U.S.C. §§ 922(g)(1) and 2

RICARDO RIVERA, JR. : I N D I C T M E N T

The Grand Jury in and for the District of New Jersey, sitting at Camden, charges:

On or about July 27, 2006, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

RICARDO RIVERA, JR.,

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess in and affecting commerce a firearm, namely, one loaded Ruger, Mini 14, .223 caliber rifle, bearing an obliterated serial number.

In violation of Title 18, United States Code, Sections 922(g)(1) and 2.

A TRUE BILL

_____
FOREPERSON

_____
CHRISTOPHER J. CHRISTIE
United States Attorney